```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MOISES FIGUEROA,                     :
                    Plaintiff,       :     09 Civ. 4188 (DLC)
                                     :
           -v-                       :           ORDER
                                     :
ROBERT M. MORGENTHAU, District Attorney :
of New York County,                  :
                    Defendant.       :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09

DENISE COTE, District Judge:

On September 25, the defendant filed a motion to dismiss this case. Accordingly, it is hereby

ORDERED that the plaintiff's opposition to the motion to dismiss is due no later than **October 23, 2009**. Any reply is due no later than **November 6**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the October 16, 2009 initial pretrial conference is adjourned to **November 20, 2009** at **9:30 a.m.** in Courtroom 11B, 500 Pearl Street.

Dated:   New York, New York
         September 29, 2009

                                   _____
                                        DENISE COTE
                                 United States District Judge

COPIES SENT TO:

Moises Figueroa
90-B-1047
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

Charles E. King, III
Assistant District Attorney
Office of the District Attorney
County of New York
One Hogan Place
New York, NY 10013